# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:06CR00417-05 JLH | |
| CLIFFORD CROSSFIELD | | DEFENDANT |

## ORDER

Pending before the Court is defendant's unopposed motion to continue the revocation hearing currently set for Wednesday, September 4, 2013. The motion is GRANTED. Document #323. The revocation hearing will be reset by separate order.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE